NO. 2015-PC-0983

2015 JUL -6 PM 3: 08
FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/10/2015 10:10:34 AM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| LOUIS S. BERNAL, DECEASED | § | NUMBER 1 |
| | § | |
| DECEASED | § | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL

Robert Gomez, a devisee of a Codicil executed by the Decedent and a party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order; namely, the Order Admitting Will to Probate and Authorizing Letters Testamentary signed on April 13, 2014.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on April 13, 2015.

Robert Gomez desires to appeal the denial of admission of the Codicil to probate.

This appeal is being taken to the Fourth Court of Appeals.

This notice is being filed by Robert Gomez.

This is a restricted appeal, and:

a.    Appellant is a party affected by the trial court's judgment but did not participate either in person or through counsel in the hearing that resulted in the judgment complained of.

b.    Appellant did not timely file either a postjudgment motion, request for findings of fact and conclusions of law, or notice of appeal.

Respectfully submitted,


By: ___ /S/_____
Reed Greene, MPA, JD
Texas Bar No. 08390970
26254 IH 10 West, Suite 135
Boerne, Texas 78006
Tel. (210) 826-1233

1

V02159P7752

Fax. (210) 463-9241
Attorney for Devisee
Robert Gomez

Jerry H. Kagan
Texas Bar No. 24008963
1600 Culebra Ave.
San Antonio, Texas 78201
Tel. (210) 737-0333
Fax. (210) 738-0088
Additional Counsel for Devisee
Robert Gomez

## CERTIFICATE OF SERVICE

I certify that on July 3, 2015 a true and correct copy of Plaintiff's Notice of Appeal was served by fax on Cecil W. (Tres) Bain, III at (830) 816-3388.

_/S/_____
Reed Greene, MPA, JD

VB2159P7753